IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
                 Plaintiff,       )
                                  )
     v.                           )    No.  07 CR 298
                                  )
EDWARD R. VRDOLYAK,               )
                                  )
                 Defendant.       )

                         MEMORANDUM

   This Court has inquired of the personnel handling the scheduled November 3 jury trial in this matter, which was aborted by the last-minute change of plea by defendant Edward Vrdolyak, as to the jury costs associated with the prospective jurors who had been brought in for the special panel ordered in this case. Judicial Services Manager Ted Newman has advised that the attendance and mileage fees for the prospective jurors involved a total cost of $5,923.59.

   In comparable situations encountered in civil cases, this Court has imposed such costs on the last-minute settling parties. But in the context of a criminal prosecution, this Court has had no occasion to look into the question whether a simple order imposing those costs on defendant Vrdolyak, whose change of position came too late to head off the reporting jurors, would be within this Court's discretionary power.

   Input on that question from counsel for both sides (not in the form of briefs, but rather via a citation or citations to any

relevant authorities) would be welcome.  If it turns out that the matter appears to be outside of this Court's authority, it anticipates taking those costs into account in determining an appropriate fine to be assessed against defendant Vrdolyak.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 6, 2008